UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Cleon F Henderson Sr<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:    16-15011<br><br>Chapter:  13<br>Honorable Jacqueline Cox |

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE coming to be heard on the Debtors' Motion to Modify Chapter 13 Plan, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The Debtor shall not be required to make Plan Payments in the months of May, June and July 2018.

The Debtor is authorized to retain his entire 2017 Federal Tax Refund.

Enter: *Jacqueline P. Cox*

J. Cox
United States Bankruptcy Judge

Dated: MAY 2 1 2018

**Prepared by:**
Edwin L Feld & Associates, LLC
1 N LaSalle Street, Ste 1225
Chicago IL 60602

Rev: 20170105_bko